LF 1007-3 (2015)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re                                               )   Case No.
                                                    )
    Priscilla Agnes Vigil                     )
                                                    )   **DECLARATION REGARDING**
                                                    )   **PAYMENTS**
                                                    )
                                        Debtor(s)   )

☑Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from an employer within 60 days before the date of the filing of the petition, with redaction of all but the last four digits of the debtor's social security number or individual tax payer identification number.

⌐Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition.


Debtor declares the foregoing to be true and correct under penalty of perjury.


**Priscilla Agnes Vigil**
Debtor

**Dawn M. McCraw**
Attorney


DECLARATION REGARDING PAYMENTS

**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

Direct Deposit Advice

paylocity

**Check Date**
November 18, 2022

**Voucher Number**
384300

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4957 | 1,076.67 |
| **Total Direct Deposits** | | | **1,076.67** |

130666    1074-315-63526    40128 384300 376977    **130666**
**Priscilla Agnes Vigil**
408 S 74th Ave Unit A
Yakima, WA  98908

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**AdaptHealth, LLC**

**Priscilla Agnes Vigil**

**Earnings Statement**

| Employee ID | 1074-315-63526 | Fed Taxable Income | 1,266.04 | Check Date | November 18, 2022 | Voucher Number | 384300 |
|---|---|---|---|---|---|---|---|
| Location | | Fed Filing Status | H | Period Beginning | October 29, 2022 | Net Pay | 1,076.67 |
| Hourly | $19.11 | State Filing Status | | Period Ending | November 11, 2022 | Total Hours Worked | 83.33 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 296.00 |
| ER Cost of | | 0.00 | 0.70 | 16.10 |
| ER Cost of | | 0.00 | 300.85 | 6,919.55 |
| ER Cost of | | 0.00 | 3.18 | 74.73 |
| Holiday | | | | 596.88 |
| Overtime | 28.67 | 0.75 | 21.50 | 2,481.90 |
| Overtime | 28.67 | 2.58 | 74.05 | |
| PTO | | | | 1,232.38 |
| Regular | 19.11 | 80.00 | 1,528.85 | 31,970.46 |
| Unpaid | | | | 592.00 |
| **Gross Earnings** | | **83.33** | **1,624.40** | **36,577.62** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 51.99 | 1,129.04 |
| MED | | 18.36 | 410.86 |
| SS | | 78.49 | 1,756.78 |
| WA | | 0.00 | 0.00 |
| WAFLI-EE | | 5.00 | 112.62 |
| WAHL-EE | | 2.14 | 48.12 |
| **Taxes** | | **155.98** | **3,457.42** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident Ins | 7.81 | 179.63 |
| Critical Illness Ins | 6.36 | 146.28 |
| Dental Premium | 40.44 | 930.12 |
| EE Washington L+I | 6.85 | 144.33 |
| FSA Healthcare | 100.00 | 2,300.00 |
| Life Ins | 1.79 | 41.17 |
| Long Term Disability | 10.58 | 243.34 |
| Medical 3 | 213.42 | 4,908.66 |
| Vision | 4.50 | 103.50 |
| **Deductions** | **391.75** | **8,997.03** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK NA | C    ***4957 | 1,076.67 |
| **Total Direct Deposits** | | **1,076.67** |

| Time Off | Available | Plan Year | |
|---|---|---|---|
| | To Use | Used | |
| PAID | 9.78 | 31.75 | |

22-01134-WLH7    Doc 3    Filed 12/02/22    Entered 12/02/22 14:02:32    Pg 2 of 9



**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| November 4, 2022 | 371853 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4957 | 1,006.70 |
| **Total Direct Deposits** | | | **1,006.70** |

130666   1074-315-63526   40128 371853 364765   **130666**
**Priscilla Agnes Vigil**
408 S 74th Ave Unit A
Yakima, WA 98908

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Priscilla Agnes Vigil**

**Earnings Statement**

| Employee ID | | | Fed Taxable Income | 1,179.08 | Check Date | November 4, 2022 | Voucher Number | 371853 |
|---|---|---|---|---|---|---|---|---|
| Location | 1074-315-63526 | | Fed Filing Status | H | Period Beginning | October 15, 2022 | Net Pay | 1,006.70 |
| Hourly | | $19.11 | State Filing Status | | Period Ending | October 28, 2022 | Total Hours Worked | 68.20 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| Bereaveme | | | | | 296.00 |
| ER Cost of | | 0.00 | 0.70 | | 15.40 |
| ER Cost of | | 0.00 | 300.85 | | 6,618.70 |
| ER Cost of | | 0.00 | 3.18 | | 71.55 |
| Holiday | | | | | 596.88 |
| Overtime | | | | | 2,386.35 |
| PTO | 19.11 | 12.25 | 234.10 | | 1,232.38 |
| Regular | 19.11 | 68.20 | 1,303.34 | | 30,441.61 |
| Unpaid | | | | | 592.00 |
| **Gross Earnings** | | **80.45** | **1,537.44** | | **34,953.22** |

| Taxes | | | | Amount | YTD |
|---|---|---|---|---|---|
| FITW | | | | 43.29 | 1,077.05 |
| MED | | | | 17.10 | 392.50 |
| SS | | | | 73.10 | 1,678.29 |
| WA | | | | 0.00 | 0.00 |
| WAFLI-EE | | | | 4.73 | 107.62 |
| WAHL-EE | | | | 2.02 | 45.98 |
| **Taxes** | | | | **140.24** | **3,301.44** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident Ins | 7.81 | 171.82 |
| Critical Illness Ins | 6.36 | 139.92 |
| Dental Premium | 40.44 | 889.68 |
| EE Washington L+I | 5.60 | 137.48 |
| FSA Healthcare | 100.00 | 2,200.00 |
| Life Ins | 1.79 | 39.38 |
| Long Term Disability | 10.58 | 232.76 |
| Medical 3 | 213.42 | 4,695.24 |
| Vision | 4.50 | 99.00 |
| **Deductions** | **390.50** | **8,605.28** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK NA | C   ***4957 | 1,006.70 |
| **Total Direct Deposits** | | **1,006.70** |

| Time Off | Available Plan Year | | |
|---|---|---|---|
| | To Use | Used | |
| PAID | 5.17 | 31.75 | |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | WA: 874071 00 6

22-01134-WLH7   Doc 3   Filed 12/02/22   Entered 12/02/22 14:02:32   Pg 3 of 9

**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

Direct Deposit Advice

paylocity

**Check Date**
October 21, 2022

**Voucher Number**
358524

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4957 | 1,033.89 |
| **Total Direct Deposits** | | | **1,033.89** |

130666   1074-315-63526   40128 358524 351683   **130666**
**Priscilla Agnes Vigil**
408 S 74th Ave Unit A
Yakima, WA  98908

Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Priscilla Agnes Vigil**

**Earnings Statement**

| Employee ID | | | Fed Taxable Income | 1,212.20 | Check Date | October 21, 2022 | Voucher Number | 358524 |
|---|---|---|---|---|---|---|---|---|
| Location | 1074-315-63526 | | Fed Filing Status | H | Period Beginning | October 1, 2022 | Net Pay | 1,033.89 |
| Hourly | | $19.11 | State Filing Status | | Period Ending | October 14, 2022 | Total Hours Worked | 67.18 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| Bereaveme | | | | | 296.00 |
| ER Cost of | | 0.00 | 0.70 | | 14.70 |
| ER Cost of | | 0.00 | 300.85 | | 6,317.85 |
| ER Cost of | | 0.00 | 3.18 | | 68.37 |
| Holiday | | | | | 596.88 |
| Overtime | | | | | 2,386.35 |
| PTO | 19.11 | 15.00 | 286.66 | | 998.28 |
| Regular | 19.11 | 67.18 | 1,283.90 | | 29,138.27 |
| Unpaid | | | | | 592.00 |
| **Gross Earnings** | | **82.18** | **1,570.56** | | **33,415.78** |

| Taxes | | | | Amount | YTD |
|---|---|---|---|---|---|
| FITW | | | | 46.60 | 1,033.76 |
| MED | | | | 17.58 | 375.40 |
| SS | | | | 75.16 | 1,605.19 |
| WA | | | | 0.00 | 0.00 |
| WAFLI-EE | | | | 4.84 | 102.89 |
| WAHL-EE | | | | 2.07 | 43.96 |
| **Taxes** | | | | **146.25** | **3,161.20** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident Ins | 7.81 | 164.01 |
| Critical Illness Ins | 6.36 | 133.56 |
| Dental Premium | 40.44 | 849.24 |
| EE Washington L+I | 5.52 | 131.88 |
| FSA Healthcare | 100.00 | 2,100.00 |
| Life Ins | 1.79 | 37.59 |
| Long Term Disability | 10.58 | 222.18 |
| Medical 3 | 213.42 | 4,481.82 |
| Vision | 4.50 | 94.50 |
| **Deductions** | **390.42** | **8,214.78** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK NA | C   ***4957 | 1,033.89 |
| **Total Direct Deposits** | | **1,033.89** |

| Time Off | Available Plan Year To Use | Used |
|---|---|---|
| PAID | 12.80 | 19.50 |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | WA: 874071 00 6

**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

 paylocity

Direct Deposit Advice

**Check Date**
September 23, 2022

**Voucher Number**
332757

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4957 | 1,043.53 |
| **Total Direct Deposits** | | | 1,043.53 |

130666    1074-315-63526    10128 332757 326419    130666

## Non-Negotiable - This is not a check - Non Negotiable

Priscilla Vigil
408 S 74th Ave Unit A
Yakima, WA  98908

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Priscilla Agnes Vigil**

**Earnings Statement**

| Employee ID | 1074-315-63526 | Fed Taxable Income | 1,224.62 | Check Date | September 23, 2022 | Voucher Number | 332757 |
| Location | | Fed Filing Status | H | Period Beginning | September 3, 2022 | Net Pay | 1,043.53 |
| Hourly | $19.11 | State Filing Status | | Period Ending | September 16, 2022 | Total Hours Worked | 73.77 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| Bereaveme | | | | | 296.00 |
| ER Cost of | | 0.00 | 0.70 | | 13.30 |
| ER Cost of | | 0.00 | 300.85 | | 5,716.15 |
| ER Cost of | | 0.00 | 3.18 | | 62.01 |
| Holiday | 19.11 | 8.00 | 152.88 | | 596.88 |
| Overtime | 28.67 | 0.13 | 3.82 | | 2,361.51 |
| PTO | 19.11 | 1.00 | 19.11 | | 682.95 |
| Regular | 19.11 | 73.63 | 1,407.17 | | 26,343.36 |
| Unpaid | | | | | 592.00 |
| **Gross Earnings** | | **82.77** | **1,582.98** | | **30,280.70** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 47.85 | 941.16 |
| MED | | | 17.76 | 340.33 |
| SS | | | 75.93 | 1,455.25 |
| WA | | | 0.00 | 0.00 |
| WAFLI-EE | | | 4.87 | 93.23 |
| WAHL-EE | | | 2.08 | 39.83 |
| **Taxes** | | | **148.49** | **2,869.80** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident Ins | 7.81 | 148.39 |
| Critical Illness Ins | 6.36 | 120.84 |
| Dental Premium | 40.44 | 768.36 |
| EE Washington L+I | 6.06 | 119.79 |
| FSA Healthcare | 100.00 | 1,900.00 |
| Life Ins | 1.79 | 34.01 |
| Long Term Disability | 10.58 | 201.02 |
| Medical 3 | 213.42 | 4,054.98 |
| Vision | 4.50 | 85.50 |
| **Deductions** | **390.96** | **7,432.89** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK NA | C    ***4957 | 1,043.53 |
| **Total Direct Deposits** | | **1,043.53** |

| | Available | Plan Year | |
|---|---|---|---|
| Time Off | To Use | Used | |
| PAID | 20.07 | 3.00 | |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | WA: 874071 00 6


**CONSUMER DIRECT**
**CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

# Earnings Statement

Employee ID

Page 001 of 001
Period Beg/End: 10/23/2022 - 11/05/2022
Advice Date: 11/18/2022
Advice Number: 0000018805
Batch Number: SCLL4YOK0J5O

Priscilla Vigil
408 S 74th Ave Unit A
Yakima, WA 98908

**For inquiries on this statement please call: 866-214-9899**

| Total Hours Worked: | | 0.00 | | |
| Basis of Pay: | | Other | | |
| Pay Rate: | | 0.00 | | |
| | | Hours/ | This | |
| Earnings | Rate | Units | Period | Year-to-Date |
| PC EX | 19.8100 | 68.00 | 1347.08 | 21307.28 |
| ADMIN | 19.8100 | 0.25 | 4.96 | 78.42 |
| IP Incentive | | | 0.00 | 70.59 |
| HOL PC EX | | | 0.00 | 147.45 |
| Gross Pay | | | 1352.04 | 21864.55 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FICA (OASDI) | | | 83.82 | 1339.43 |
| WA PFL (S) - WSPFL | | | 3.42 | 54.66 |
| Medicare | | | 19.60 | 313.25 |
| Total Taxes | | | 106.84 | 1707.34 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Dues Percentage | 43.27 | 703.71 |
| Total Deductions | 43.27 | 703.71 |
| Net Pay | 1226.94 | 19578.54 |

*2014-7 Exempt or excluded from taxable wages
**FICA Exempt
***2014-7 & FICA Exempt

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| Mileage* | 25.01 | 385.85 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| PTO (Caregivers) | 2.73 | 0.00 | 75.62 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX4957 | 1226.94 |

Your Federal taxable wages for this period are: $4.96

---

**CONSUMER DIRECT**
**CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

Advice Number: 0000018805

Advice Date: 11/18/2022

THIS IS NOT A CHECK

**Deposited to the account of**
Priscilla Vigil

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4957 | 125008547 | $1226.94 |

CC
455                    000000-000000



**CONSUMER DIRECT CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

# Earnings  Statement

Employee ID

| | |
|---|---|
| Period Beg/End: | 10/09/2022 - 10/22/2022 |
| Advice Date: | 11/04/2022 |
| Advice Number: | 0000034553 |
| Batch Number: | SCAVD5GEZ7DX |

Priscilla  Vigil
408  S  74th  Ave  Unit  A
Yakima,  WA  98908

**For inquiries on this statement please call: 866-214-9899**

| | | |
|---|---|---|
| Total Hours Worked: | 0.00 | |
| Basis of Pay: | Other | |
| Pay Rate: | 0.00 | |

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| ADMIN | 19.8100 | 0.25 | 4.96 | 73.46 |
| PC EX | 19.8100 | 70.00 | 1386.70 | 19960.20 |
| HOL PC EX | | | 0.00 | 147.45 |
| IP Incentive | | | 0.00 | 70.59 |
| Gross Pay | | | 1391.66 | 20512.51 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| WA PFL (S) - WSPFL | 3.53 | 51.24 |
| Medicare | 20.18 | 293.65 |
| FICA (OASDI) | 86.29 | 1255.61 |
| Total Taxes | 110.00 | 1600.50 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Dues Percentage | 44.53 | 660.44 |
| Total Deductions | 44.53 | 660.44 |
| Net Pay | 1259.01 | 18351.60 |

*2014-7 Exempt or excluded from taxable wages
**FICA Exempt
***2014-7 & FICA Exempt

**Other Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Imputed Income | | |
| Mileage* | 21.88 | 360.84 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| PTO (Caregivers) | 2.81 | 0.00 | 72.89 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX4957 | 1259.01 |

Your Federal taxable wages for this period are: $4.96

© ‌‌‌‌ (watermark)

**CONSUMER DIRECT CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

| | |
|---|---|
| Advice  Number: | 0000034553 |
| Advice  Date: | 11/04/2022 |

THIS IS NOT A CHECK

**Deposited to the account of**
Priscilla Vigil

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4957 | 125008547 | $1259.01 |



CO
45S

000000-000000

# Earnings Statement

Employee ID

Page 001 of 001
Period Beg/End: 09/11/2022 - 09/24/2022
Advice Date: 10/07/2022
Advice Number: 0000040938
Batch Number: SC8BKELZXGGY

CONSUMER DIRECT
CARE NETWORK
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

Priscilla Vigil
408 S 74th Ave Unit A
Yakima, WA 98908

For inquiries on this statement please call: 866-214-9899

Total Hours Worked: 0.00
Basis of Pay: Other
Pay Rate: 0.00

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PC EX | 19.6600 | 73.00 | 1435.18 | 17186.80 |
| ADMIN | 19.6600 | 0.25 | 4.92 | 63.54 |
| HOL PC EX | | | 0.00 | 147.45 |
| IP Incentive | | | 0.00 | 70.59 |
| Gross Pay | | | 1440.10 | 17729.19 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| WA PFL (S) - WSPFL | | | 3.64 | 44.19 |
| Medicare | | | 20.88 | 253.29 |
| FICA (OASDI) | | | 89.29 | 1083.04 |
| Total Taxes | | | 113.81 | 1380.52 |

**Deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Dues Percentage | | | 46.08 | 571.38 |
| Total Deductions | | | 46.08 | 571.38 |

| Net Pay | | | 1295.84 | 15824.18 |

*2014-7 Exempt or excluded from taxable wages
**FICA Exempt
***2014-7 & FICA Exempt

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Imputed Income | | |
| Mileage* | 15.63 | 307.70 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| PTO (Caregivers) | 2.93 | 0.00 | 67.27 |

| Direct Deposits | | | |
|---|---|---|---|
| Checking | XXXXXX4957 | | 1295.84 |

Your Federal taxable wages for this period are: $4,9%



CONSUMER DIRECT
CARE NETWORK
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

Advice Number: 0000040938

Advice Date: 10/07/2022

THIS IS NOT A CHECK

## Deposited to the account of

Priscilla Vigil

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4957 | 125008547 | $1295.84 |


**CONSUMER DIRECT**
**CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

# Earnings Statement

Employee ID

Page 001 of 001
Period Beg/End: 08/28/2022 - 09/10/2022
Advice Date: 09/23/2022
Advice Number: 0000035600
Batch Number: SCKA6YEN9AFS

Priscilla Vigil
408 S 74th Ave Unit A
Yakima, WA 98908

For inquiries on this statement please call: 866-214-9899

| | | Hours/ | | |
|---|---|---|---|---|
| Total Hours Worked: | 0.00 | | | |
| Basis of Pay: | Other | | | |
| Pay Rate: | 0.00 | | | |

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| ADMIN | 19.6600 | 0.25 | 4.92 | 58.62 |
| PC EX | 19.6600 | 68.00 | 1336.88 | 15751.62 |
| HOL PC EX | | | 0.00 | 147.45 |
| IP Incentive | | | 0.00 | 70.59 |
| Gross Pay | | | 1341.80 | 16389.09 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| WA PFL (S) - WSPFL | | | 3.39 | 40.55 |
| Medicare | | | 19.46 | 232.41 |
| FICA (OASDI) | | | 83.19 | 993.75 |
| Total Taxes | | | 106.04 | 1266.71 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Dues Percentage | 42.94 | 525.30 |
| Total Deductions | 42.94 | 525.30 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 1224.08 | 14528.34 |

*2014-7 Exempt or excluded from taxable wages
**FICA Exempt
***2014-7 & FICA Exempt

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Imputed Income | | |
| Mileage* | 31.26 | 292.07 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| PTO (Caregivers) | 2.73 | 0.00 | 64.34 |

**Direct Deposits**

| | | | |
|---|---|---|---|
| Checking | XXXXXX4957 | | 1224.08 |

Your Federal taxable wages for this period are: $4.92


**CONSUMER DIRECT**
**CARE NETWORK**
WASHINGTON
3450 S. 344th Way, Suite 200
Federal Way, WA 98001

Advice Number: 0000035600
Advice Date: 09/23/2022

THIS IS NOT A CHECK

**Deposited to the account of**
Priscilla Vigil

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4957 | 125008547 | $1224.08 |